■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. BENJAMIN FIORE, Respondent.— Order unanimously affirmed. Same memorandum as in *People* v. *Di Carlo* (43 A D 2d 797, decided herewith). (Appeal from order of Erie County Court granting motion to suppress.) Present — Goldman, P. J., Del Vecchio, Marsh, Witmer and Moule, JJ.